UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08mj8641
                         )
vs                       )  ABSTRACT OF ORDER
                         )
                         )  Booking No. 09149298
                         )
Christyan Duarte Moreno  )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of __7-16-08__
the Court entered the following order:

__✓__ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
__✓__ Defendant released on $ _10,000 p/s_ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

                                    PETER C. LEWIS
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

                                              OR
Received_____           W. SAMUEL HAMRICK, JR.  Clerk
         DUSM                       by
                                       _____
                                                      Deputy Clerk

Crim-9  (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY