1

2

3

4

5

FILED

08 AUG 12 AM 11: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

6

7

8          UNITED STATES DISTRICT COURT

9         SOUTHERN DISTRICT OF CALIFORNIA

10          July 2007 Grand Jury '08 CR 2684 L

11  UNITED STATES OF AMERICA,      ) Criminal Case No. _____
                                   )
12               Plaintiff,        ) I N D I C T M E N T
                                   )
13        v.                       ) Title 21, U.S.C., Secs. 952 and
                                   ) 960 - Importation of Marijuana;
14  LUIS ALBERTO                   ) Title 21, U.S.C., Sec. 841(a)(1) -
       RODRIGUEZ-GASCA (1),        ) Possession of Marijuana with
15  CHRISTYAN DUARTE MORENO (2),   ) Intent to Distribute; Title 18,
                                   ) U.S.C., Sec. 2 - Aiding and
16               Defendants.       ) Abetting
    _____)

17

18        The grand jury charges:

19                         Count 1

20        On or about July 13, 2008, within the Southern District of

21  California, defendants LUIS ALBERTO RODRIGUEZ-GASCA and CHRISTYAN

22  DUARTE MORENO did knowingly and intentionally import approximately

23  43.46 kilograms (95.61 pounds) of marijuana, a Schedule I Controlled

24  Substance, into the United States from a place outside thereof; in

25  violation of Title 21, United States Code, Sections 952 and 960, and

26  Title 18, United States Code, Section 2.

27  //

28  //

    JPME:fer:Imperial
    8/11/08

<u>Count 2</u>

On or about July 13, 2008, within the Southern District of California, defendants LUIS ALBERTO RODRIGUEZ-GASCA and CHRISTYAN DUARTE MORENO did knowingly and intentionally possess, with intent to distribute, approximately 43.46 kilograms (95.61 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: August 12, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    JAMES P. MELENDRES
    Assistant U.S. Attorney

2