Oliver P. Cleary [SB#168440]
LAW OFFICES OF OLIVER P. CLEARY
105 W. F. ST., Fourth Floor
San Diego, CA 92101
Tel. (619) 231-8874

Attorney for defendant,
CHRISTYAN DUARTE MORENO

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR2684 |
| Plaintiff, | |
| vs. | NOTICE OF MOTIONS AND MOTIONS: |
| CHRISTYAN DUARTE MORENO, | (1) TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE. |
| Defendant. | Date: August 26, 2008 at 1:30 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND THE ASSIGNED ASSISTANT UNITED STATES ATTORNEY: PLEASE TAKE NOTICE that on August 26, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, Defendant, CHRISTYAN DUARTE MORENO, by and through counsel, Oliver Cleary, will ask this Court to enter an order granting the following motions.

1

**MOTIONS**

Defendant, CHRISTYAN DUARTE MORENO, by and through counsel, Oliver Cleary, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1. To modify CHRISTYAN DUARTE MORENO's conditions of release.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated:                                    s/*Oliver Cleary*
                                          Attorney for Defendant,
                                          CHRISTYAN DUARTE MORENO
                                          Email:opcleary@pacbell.net

Oliver P. Cleary [SB#168440]
LAW OFFICES OF OLIVER P. CLEARY
105 W. F. ST., Fourth Floor
San Diego, CA 92101
Tel. (619) 231-8874

Attorney for defendant,
CHRISTYAN DUARTE MORENO

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR2684 |
| Plaintiff, | |
| vs. | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY CONDIIONS OF RELEASE |
| CHRISTYAN DUARTE MORENO, | |
| Defendant. | |

**STATEMENT OF FACTS**

In 08CR1192BEN, Mr. CHRISTYAN DUARTE MORENO is charged in a two-count Indictment filed August 12, 2008.

Counts 1 alleges that on or about July 13, 2008, ALBERTO RODRIGUEZ-GASCA and CHRISTYAN DUARTE MORENO did knowingly and intentionally import marijuana into the United States from a place outside in violation if Title 21, USC, §952 and 960, and Title 18, USC, §2.

Counts 2 alleges that on or about July 13, 2008, ALBERTO RODRIGUEZ-GASCA and CHRISTYAN DUARTE MORENO did knowingly and intentionally possess, with the intent to distribute marijuana in violation of Title 21, USC, §841 (a) (1), and Title 18, USC, §2.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant CHRISTYAN DUARTE MORENO moves this court to modify his conditions of pretrial release.  Currently CHRISTYAN DUARTE MORENO is restricted to travel in the

1  Southern District of California without permission to enter Mexico. CHRISTYAN DUARTE
2  MORENO would like to request this stipulation be modified contingent upon defendant's one-
3  year-and-one-month old daughter's residence in Mexicali with defendant's wife.  Defendant's
4  daughter, Valeria Moreno-Acosta, and wife, Carolina Acosta, are not United States citizens,
5  therefore not permitted into the United States to visit CHRISTYAN DUARTE MORENO.
6  Surety, Hilda Parra, has agreed to this modification.

## CONCLUSION

For the reasons stated above, Defendant respectfully requests that this Court grant the foregoing motions.

Dated: August 18, 2008            *s/Oliver Cleary*
                                  Attorney for Defendant

                                  Opcleary@pacbell.net

Oliver P. Cleary [SB#168440]
LAW OFFICES OF OLIVER P. CLEARY
105 W. F. ST., Fourth Floor
San Diego, CA 92101
Tel. (619) 231-8874

Attorney for defendant,
CHRISTYAN DUARTE MORENO

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR2684 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CHRISTYAN DUARTE MORENO, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Oliver Cleary, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Suite 411, San Diego, California 92101.

I have caused service of NOTICE OF MOTION AND MOTIONS: (1) TO COMPEL DISCOVERY; (2) PRESERVE EVIDENCE; AND (3) FOR LEAVE TO FILE FURTHER MOTIONS & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

U S Attorney at  Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 18, 2008        S/*Oliver Cleary*
                                    Attorney for Defendant

                                    Email at opcleary@pacbell.net

1